# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RECEIVED BY MAIL
DEC - 2 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Gusiry Leshan Sailee

Plaintiff(s),

vs.

Minnesota Department of Human Services, AMRTC, State operated Services and facilities Government Entities and Hennepin county Attorney office Mary Fuarity, Celesta Denises MORA Russ and unknown Defendants State Employees.

Defendant(s).

Case No. 24-cv-4345 (ADM/TNL)
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES [X]    NO [ ]

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

SCANNED
DEC -2 2024
U.S. DISTRICT COURT MPLS

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name

      Street Address

      County, City

      State & Zip Code

      Telephone Number

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name: MORA RIGGS

   Street Address: 3301 7th Ave North Anoka

   County, City: Anoka

   State & Zip Code: 55303

   b. Defendant No. 2

   Name: MARY F MORIARTY

   Street Address: Hennepin County Government Center
   Hennepin County Attorneys Office

   County, City:

   State & Zip Code:

   c. Defendant No. 3

   Name: Celesta DeMars

   Street Address: Hennepin County Government Center

   County, City: Hennepin County Attorneys Office

   State & Zip Code:

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached: [X]
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

Aditional Deffendants

Judge Lois Skibbie

Examiner Penehold

Examiner Lindarman

Case worker Brod Campbell

Attourney Mike Huger

Attourney Deanore Willsen

Statement
1 page
plus
1 of 6

And Known And unknown Deffendant Prosecutors. And Criminal In Petitions Civil and MID Petition # 27-CR-24-17722, Probate 27. LH-PR ~~Doc~~ 24-1093

And Sheriff Sede for an Assault to Board of Peace officer Standards And Training, Judicial Board of Standards Office of Professional Responsibilities. Minnesota Board of Practice Petition And Complaints- U.S Department of Health And Human Services are investigating And Federal Bearu of Investigations Please foward case to United States Attourne General And USA Federal Prosecutor Motion The Court for investigators For names And Defendants Addresses. And Job Discription And Licenses. Activate U.S. Marshalls for Service of Summons for Government Misconduct And Malfeasance

Murtis L. Sailer 11/27/2024

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [ ] Federal Question     [X] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   United States Code Civil Chapter 13 Agreement Conspiracy Against Rights 241. Deprivation of Rights Under Color of Law

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: Gustry L Sailer     State of Citizenship: Minnesota

   Defendant No. 1: Unknown please investigate     State of Citizenship: Unkov please investigate

   Defendant No. 2: Unknown please investigate     State of Citizenship: Unkov please investigate

   Attach additional sheets of paper as necessary and label this information as paragraph 5.
   Check here if additional sheets of paper are attached. [X]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [ ] Defendant(s) reside in Minnesota     [X] Facts alleged below primarily occurred in Minnesota

   [ ] Other: explain

   Government Employee Conspiracy In Human Service Department false Civil petition and mid petition and Criminal Charges need Grand Jury

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Please Send Investigators for complaints Judicial Boarbof Standards Office of Professional Responsibilities Minnesota Medical Board of Practice Board of Officers Standards and Training Civilian Review Authority Martin Luther King offices Conspiracy In Minnesota Probate Court And Human Service Department "Defamation of character" US Department of Health and Human Services Office for Civil Rights Center of GTO

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached ☒
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

10,000,000

Ten Million Dollars Awarded Schmaus Racial Discrimination

4

November 27, 2024

Signed this ___ day of November 27/2024

Signature of Plaintiff  _Musty Sale_

Mailing Address  Temporary Placement
2301 7th Ave North Anoka 55303

Telephone Number  651-431-5304

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5